UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:17-CR-67-REW-HAI |
| v. | ) | |
| | ) | |
| SHAWN HENDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition (DE #236) of United States Magistrate Judge Hanly A. Ingram, addressing whether Defendant Shawn Henderson is competent to stand trial pursuant to 18 U.S.C. §§ 4241 and 4247(d). Based on the psychiatric evaluation by Dr. Heather H. Ross (DE #223) and Defendant's and his counsel's representations at the competency hearing (DE #235, Minutes), Judge Ingram recommended the Court find him competent to proceed. DE #236. The recommendation, filed on October 17, 2018, advised the parties that any objections must be filed within two days of its entry. *Id.* at 6. This period has lapsed, and neither party has objected.

This Court reviews *de novo* those portions of the Report and Recommendation to which a party objects. 28 U.S.C. § 636(b)(1). But, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the magistrate judge's recommended disposition, they waive any right to review. *See* Fed. R. Civ. P 59; *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we

1

consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption). Nevertheless, the Court has examined the record and agrees with Judge Ingram's analysis and Recommended Disposition.

Accordingly, the Court **ADOPTS** the Recommended Disposition (DE #236) and **FINDS** Defendant competent to face further proceedings in this matter, including trial.

This the 26th day of October, 2018.

Signed By:

*Robert E. Wier*

**United States District Judge**